**Michael BAUERMEISTER, Appellant,**

v.

**KOR XIONG, President of Hmong Satellite TV, Inc., Appellee.**

No. 11–2485.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 16, 2011.

Filed: Sept. 21, 2011.

Michael Bauermeister, Omaha, NE, pro se.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

Michael Bauermeister appeals the district court's [1] 28 U.S.C. § 1915(e)(2)(B) dis-

missal of his complaint, in which he requested that criminal charges be brought against the defendant. Upon careful review, we conclude that the dismissal was proper. *See United States v. Batchelder,* 442 U.S. 114, 124, 99 S.Ct. 2198, 60 L.Ed.2d 755 (1979) ("[w]hether to prosecute and what charges to file or bring before a grand jury are decisions that generally rest in the prosecutor's discretion"); *cf. Koll v. Wayzata State Bank,* 397 F.2d 124, 127 (8th Cir.1968) (affirming dismissal where plaintiff failed to plead intelligible grounds for federal jurisdiction; basis for federal jurisdiction must affirmatively appear clearly and distinctly). We further conclude that, to the extent Mr. Bauermeister has attempted to advance a new claim on appeal, that claim is not properly before this court. *See Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004) (stating general rule that claims not presented in district court may not be advanced for first time on appeal).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.